**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| MICHAEL MCCULLOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 3:15-cv-00499 |
| | )    Judge Trauger |
| KEVIN SUGG, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On May 27, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 51), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendant Sugg (Docket No. 40) is GRANTED, and this action is dismissed with prejudice. This order shall constitute the judgment in this case.

It is so ORDERED.

ENTER this 16th day of June 2016.


_____
ALETA A. TRAUGER
U.S. District Judge